UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RICK R. SIMS | CIVIL ACTION NO. 16-cv-0550 |
| VERSUS | JUDGE HICKS |
| RIVERLAND PROPERTY, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is transferred to the Western District of Arkansas. The Clerk of Court is advised that the property at issue appears to be located in Ouachita County, so it may be appropriate to assign this case to the Eldorado Division.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the  22nd  day of  July , 2016.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE