IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICK R. SIMS                                                                                          PLAINTIFF

v.                                              Case No. 1:16-cv-01071

RIVERLAND PROPERTY LLC, *et al*                                              DEFENDANTS

**REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Pending now before the Court is Defendants' W R Gantt and Gantt & Gantt LLC Motion to Set Aside Default. ECF No. 47. Plaintiff, Rick Sims, *pro se,* did not respond to this Motion. A hearing was held on this Motion on November 17, 2016 at which both parties appeared.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this Motion to this Court for the purpose of making a report and recommendation. In accordance with that referral, this Court recommends Defendants' W R Gantt and Gantt & Gantt LLC Motion to Set Aside Default  (ECF No. 44) be **GRANTED.**

**1.      Background**

Plaintiff originally filed this *pro se* Complaint in the United States District Court for the Western District of Louisiana. ("LWD")  ECF No. 1.  On July 13, 2016 the Clerk of the LWD entered a Default against Defendants' W R Gantt and Gantt & Gantt LLC pursuant to Fed R. Civ. P. 55.  ECF No. 34.  On July 22, 2016 this action was transferred to the Western District of Arkansas. ECF No. 37.  On September 26, 2016, Defendants' W R Gantt and Gantt & Gantt LLC filed a Motion to Set Aside Default claiming they were never served with Plaintiff's Complaint. ECF No. 47.

A hearing on this Motion was scheduled for November 17, 2016.  At the commencement of the hearing, both parties announced they had reached an agreement regarding Defendants' Motion to Set Aside Default and other matters.  The parties announced Plaintiff was in agreement to allow Defendants' W R Gantt and Gantt & Gantt LLC Motion to Set Aside Default (ECF No. 47) be granted.  Further, Plaintiff Rick Sims, announced he longer wished to pursue this action against Defendants W R Gantt and Gantt & Gantt LLC and requested a dismissal of his claims against these Defendants without prejudice.

**4.     Conclusion**

Based upon the foregoing, the Court recommends Defendants' W R Gantt and Gantt & Gantt LLC Motion to Set Aside Default (ECF No. 47) be **GRANTED.**  This Court further recommends Plaintiff's Complaint against Defendants W R Gantt and Gantt & Gantt LLC be dismissed without prejudice.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.  *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

ENTERED this 21st day of November 2016.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE