IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICK R. SIMS                                                                                              PLAINTIFF

v.                                            Case No. 1:16-cv-01071

RIVERLAND PROPERTY LLC, *et al*                                              DEFENDANTS

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff originally filed this *pro se* Complaint in the United States District Court for the Western District of Louisiana. ("LWD"). ECF No. 1. On July 22, 2016 this action was transferred to the Western District of Arkansas. ECF No. 37. On November 17, 2016, the parties appeared for hearings on several pending Motions referred to the undersigned by Susan O. Hickey pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009).

At the commencement of the hearings, Plaintiff, Rick Sims, appearing *pro se*, and counsel for Defendant Sandra Rosenbaum announced they had reached an agreement regarding Plaintiff's claims against Defendant Sandra Rosenbaum. Plaintiff announced he longer wished to pursue this action against Defendant Sandra Rosenbaum and requested a dismissal of his claims against this Defendant without prejudice.

Absent any pending counterclaims, a court is authorized to dismiss a case at the Plaintiff's request on the terms that the court considers proper. FED. R. CIV. P. 41(a)(2). Defendant has not asserted a counterclaims or objected to this request.

Based upon the foregoing, this Court further recommends Plaintiff's Complaint against Defendant Sandra Rosenbaum be dismissed without prejudice.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

**ENTERED this 21st day of November 2016.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE