IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICK R. SIMS                                                                                    PLAINTIFF

v.                                    Case No. 1:16-cv-1071

RIVERLAND PROPERTY LLC, *et al*.                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 21, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 52. Judge Bryant recommends that the Motion to Set Aside Default (ECF No. 47) filed by Separate Defendants W R Gantt and Gantt & Gantt LLC be granted. Judge Bryant further recommends that all claims against these Separate Defendants be dismissed without prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Motion to Set Aside Default (ECF No. 47) is **GRANTED** as to Separate Defendants W R Gantt and Gantt & Gantt LLC. Further, all claims against W R Gantt and Gantt & Gantt LLC are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of December, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge