IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICK R. SIMS                                                                                                          PLAINTIFF

v.                                              Case No. 1:16-cv-1071

RIVERLAND PROPERTY LLC, *et al.*                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 21, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 53. Judge Bryant recommends that the Motion to Set Aside Default (ECF No. 44) filed by Separate Defendants Michael D Calloway and Suzette Calloway be granted. Judge Bryant further recommends that two motions entitled Plaintiff's Request for Entry of Default Judgment for Quiet Title (ECF Nos. 28 and 32) be denied as moot. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Motion to Set Aside Default (ECF No. 44) is **GRANTED** as to Separate Defendants Michael D Calloway and Suzette Calloway. Further, the following motions filed by Plaintiff are **DENIED AS MOOT**: Request for Entry of Default Judgment for Quiet Title as to Michael and Suzette Calloway (ECF No. 28) and Request for Entry of Default Judgment for Quiet Title as to Suzette Calloway (ECF No. 32).

**IT IS SO ORDERED**, this 13th day of December, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge