IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICK R. SIMS                                                                                            PLAINTIFF

v.                                            Case No. 1:16-cv-1071

RIVERLAND PROPERTY LLC, *et al*.                                              DEFENDANTS

## ORDER

    Before the Court is the Report and Recommendation filed November 21, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 54. Judge Bryant recommends that all claims against Separate Defendant Sandra Rosenbaum be dismissed without prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims against Separate Defendant Sandra Rosenbaum are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 13th day of December, 2016.

                                                                          /s/ Susan O. Hickey
                                                                          Susan O. Hickey
                                                                          United States District Judge