IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICK R. SIMS                                                                    PLAINTIFF

v.                              Case No. 1:16-cv-1071

MICHAEL D. CALLOWAY
and SUZETTE CALLOWAY                                                     DEFENDANTS

## JUDGMENT

For the reasons set forth in the Findings of Fact and Conclusions of Law, the Court finds that Plaintiff is not entitled to the injunctive and declaratory relief he seeks. Therefore, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of January, 2019.

                                                      /s/ Susan O. Hickey
                                                      Susan O. Hickey
                                                      United States District Judge